UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BROTHERS MARKET LLC NO. 1, *et al.*, | No. 2:23-cv-06435-WLH-E |
| *Plaintiffs*, | **JUDGMENT** |
| v. | Hon. Wesley L. Hsu |
| UNITED STATES OF AMERICA, | |
| *Defendant*. | |

   The Court entered an Order on Defendant's Motion for Summary Judgment on August 21, 2024 (Docket No. 44).

   **IT IS HEREBY ORDERED** Judgment shall be entered in favor of Defendant on all claims asserted by Plaintiffs in this action.


 DATED:   9/12/2024

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE

1